## Margaret Williams, Appellee, v. Victor A. Piontkowski and Charles M. Fox, Defendants.
## Appeal of Victor A. Piontkowski, Appellant.

**Gen. No. 44,565.**

opinion filed March 16, 1949; released for publication April 11, 1949. R. W. Marrow, for appellant; Samuel A. Rinella, for appellee; Joseph Barbera and John P. Rinella, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.